IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CLASSIC AMERICANA, LLC, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:19-cv-1419-S-BN |
| KEVIN ADELL, RALPH LAMETI, STN.COM, INC., AND KEVIN ADELL/STN.COM, INC., | § § § § § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. *See* ECF No. 55. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED.**

SIGNED August 28, 2020.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE